UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHERYL L. HILL,

    Plaintiff,

v.

    Case No. 2:12-cv-268
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Mark R. Abel

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on April 5, 2013. (ECF No. 15.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's motion for summary judgment is **GRANTED** to the extent that it may seek remand, Defendant's motion for summary judgment is **DENIED**, and this case is **REMANDED** to the Commissioner of Social Security for further consideration of the evidence from Six County and Dr. Wood's opinion that Plaintiff is disabled.

    **IT IS SO ORDERED.**

8-1-2013
**DATE**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**