AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**CHERYL L. HILL,**

        **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**vs.**

                            **CASE NO.  2:12-cv-268**
                            **JUDGE EDMUND A. SARGUS, JR.**
**COMMISSIONER OF**         **MAGISTRATE JUDGE MARK R. ABEL**
**SOCIAL SECURITY,**

        **Defendant.**

___       **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X       **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed August 1, 2013, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings. This case is DISMISSED.**

Date:  August 1, 2013                         JOHN P. HEHMAN, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk